IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
JUL - 5 2005
IN THIS OFFICE
Clerk U S District Court
Greensboro, N C
By_____

| | |
|---|---|
| Larry Eugene Cason, Jr., | ) |
| Petitioner, | ) 1:05CV00600 |
| v. | ) 1:02CR375-1 |
| United States of America, | ) |
| Respondent. | ) |

## ORDER

Petitioner in this action has submitted a motion to vacate, set aside, or correct his sentence. In accordance with Rule 4(b), Rules Governing Section 2255 Proceedings, the United States Attorney is directed to file a response to this motion within sixty (60) days from the date of the entry of this order

**IT IS SO ORDERED.**

Russell A. Eliason
United States Magistrate Judge

July 5, 2005